**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:01-CR-385 CAS |
| v. | ) | |
| | ) | |
| WILLIAM CARR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Terry I. Adelman. On November 27, 2007, Judge Adelman filed a Memorandum and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Physical Evidence be denied.

No objections have been filed to the Magistrate Judge's Memorandum and Recommendation, and the time to do so has passed.

The Court has carefully and independently reviewed the record of this matter. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendation, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Memorandum and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 137, 148]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Physical Evidence is **DENIED**. [Doc. 135]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   12th   day of December, 2007.